■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE TORRES, Appellant.—Judgment, Supreme Court, New York County, rendered on March 31, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Sandler, Markewich and Silverman, JJ.

■ In the Matter of RLM TRANSPORTATION CORP., Petitioner, v DIRECTOR OF FINANCE OF THE CITY OF NEW YORK et al., Respondents.—Determination of respondents, dated April 19, 1978, unanimously confirmed, without costs and without disbursements. (See *Parochial Bus Systems v Lewisohn,* 35 NY2d 938.) Petitioner is, *sua sponte,* granted leave to appeal to the Court of Appeals. No opinion. Concur—Kupferman, J. P., Birns, Sandler, Markewich and Silverman, JJ.